Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT E-filing
for the

NORTHERN DISTRICT OF CALIFORNIA

EDL

3266

WHAREHOUSE UNION LOCAL 6, ILWU )
)
)
)
)
Plaintiff )
v. )   Civil Action No.
WASTE MANAGEMENT OF ALAMEDA )
COUNTY, INC )
)
)
Defendant )

**Summons in a Civil Action**

To: WASTE MANAGEMENT OF OF ALAMEDA COUNTY

*(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kenneth C. Absalom, Esq. SBN 114607
Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL - 7 2008

Richard W. Wieking
Name of clerk of court

Date: _____

**ANNA SPRINKLES**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*