```
 1  KENNETH C. ABSALOM (SBN #114607)
    LAW OFFICES OF NEVIN & ABSALOM
 2  22 Battery Street, Suite 333
    San Francisco, CA. 94111
 3  TEL: 415-392-5040
    FAX: 415-392-3729
 4
    ATTORNEYS FOR PLAINTIFF
 5  ILWU, LOCAL 6

 6

 7                  UNITED STATES DISTRICT COURT

 8                 NORTHERN DISTRICT OF CALIFORNIA

 9

10

11  WAREHOUSE UNION LOCAL NO.6,    ) CV 08 3266 EDL
    INTERNATIONAL LONGSHORE AND    )
12  WAREHOUSE UNION,,              )
                                   )
13                                 ) PROOF OF SERVICE
                 Plaintiff,        )
14                                 )
                                   )
15              vs.                )
                                   )
16  WASTE MANAGEMENT OF ALAMEDA    )
    COUNTY INC., ,                 )
17                                 )
                 Defendant         )
18  _____)

19

20

21

22

23

24

25

26

27

28


                     PROOF OF SERVICE - 1
```

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENNETH C. ABSALOM, ESQ. (114607)<br>NEVIN & ABSALOM<br>22 Battery Street, Suite 333<br>San Francisco, California  94111-5514 | (415) 392-5040 | |
| Attorneys for:    PLAINTIFF | Ref. No. Or File No.<br>W2499390 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
WHAREHOUSE UNION LOCAL 6, ILWU

Defendant:
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV08-3266 EDL |
|---|---|---|---|---|

I,  Chris Sparks                        , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT ORDER CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO DIVISION PACKET; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

By Serving         : ANJELINA CHONG, Coordinator/Authorized to Accept Service of Process

Address            : 650 California Street, 20th Floor , San Francisco, California  94111
Date & Time        : Wednesday, July 9, 2008 @ 2:45 p.m.
Witness fees were  : Not applicable.

Person serving:                           a. Fee for service:
Chris Sparks                              d. Registered California Process Server
**Wheels of Justice, Inc.**                   (1) Employee or independent contractor
657 Mission Street, Suite 502                 (2) Registration No.:  765
San Francisco, California  94105              (3) County: San Francisco
Phone: (415) 546-6000                         (4) Expires: 8/11/2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2008                        Signature:_____
                                                     Chris Sparks


Printed on recycled paper