1  KENNETH C. ABSALOM (SBN #114607)
   USHA VISWANATHAN (SBN #188977)
2  LAW OFFICES OF NEVIN & ABSALOM
   22 BATTERY STREET, Suite 333
3  SAN FRANCISCO, CA. 94111
   Tel: 415-392-5040
4  Fax: 415-392-3729

5  Attorneys for Plaintiff
   ILWU, Local 6
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAREHOUSE UNION LOCAL NO.6, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | Case No.: CV 08 3266 EDL |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| WASTE MANAGEMENT OF ALAMEDA COUNTY INC., | |
| Defendant | |

PROOF OF SERVICE - 1

| | | |
|---|---|---|
| Attorney Or Party Without Attorney (Name and Address):<br>KENNETH C. ABSALOM, ESQ. (114607)<br>NEVIN & ABSALOM<br>22 Battery Street, Suite 333<br>San Francisco, California 94111-5514 | Telephone:<br>(415) 392-5040 | FOR COURT USE ONLY |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.:<br>W2500397 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
WHAREHOUSE UNION LOCAL 6, ILWU

Defendant:
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

| | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number:<br>CV08-3266 EDL |

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT ORDER CONFERENCE AND ADR DEADLINES; STANDING ORDER RE CASE MANAGEMENT CONFERENCE; STANDING ORDER; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO DIVISION PACKET; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

By Serving : JUAN DE PABLO, Authorized Agent of C.T. CORPORATION SYSTEM, Agent for Service of Process.

Address : 818 W. 7th Street, Los Angeles, California 90017
Date & Time : Wednesday, July 30, 2008 @ 2:30 p.m.
Witness fees were : Demanded but not paid.

Person serving:
B. Anderson
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 3991
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California a that the foregoing is true and correct.

Date: July 30, 2008

Signature: _____
B. Anderson