RONALD HOLLAND, Bar No. 148687
MICHAEL G. PEDHIRNEY, Bar No. 233164
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
WASTE MANAGEMENT OF ALAMEDA COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| WAREHOUSE UNION LOCAL No. 6, ILWU, | Case No. CV08-3266 EDL |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |
| v. | |
| WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., | |
| Defendant. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF'S REQUEST FOR REASSIGNMENT        1.        CASE NO. CV08-3266 EDL

1  **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

2  The undersigned party in the above-captioned matter hereby declines to consent to the assignment of the case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment to a United States District Court Judge.

Dated: September 3, 2008

                                /s/   Michael G. Pedhirney
                                MICHAEL G. PEDHIRNEY
                                LITTLER MENDELSON
                                A Professional Corporation
                                Attorneys for Defendant
                                WASTE MANAGEMENT OF ALAMEDA
                                COUNTY, INC.

Firmwide:86499635.1 046609.1550
9/3/08

---

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEF'S REQUEST FOR REASSIGNMENT        2.        CASE NO. CV08-3266 EDL