KENNETH C. ABSALOM, Bar No. 114607
kenabsalom@333law.com
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Ste. 333
San Francisco, California 94111
Telephone: 415.392.5040
Fax No.: 415.392.3729

Attorneys for Plaintiff
WAREHOUSE UNION LOCAL NO. 6,
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

RONALD HOLLAND, Bar No. 148687
rholland@littler.com
MICHAEL G. PEDHIRNEY, Bar No. 233164
mpedhirney@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
WASTE MANAGEMENT OF ALAMEDA
COUNTY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAREHOUSE UNION LOCAL No. 6, ILWU, <br><br> Plaintiff, <br><br> v. <br><br> WASTE MANAGEMENT OF ALAMEDA COUNTY, INC., <br><br> Defendant. | Case No. CV08-3266 SI <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> [FED. R. CIV. P. 41(A)(1)] <br><br> Judge: The Honorable Susan Illston |

STIPULATION OF DISMISSAL WITH PREJUDICE     1.     CASE NO. CV08-3266 SI

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure as the parties have agreed to privately arbitrate their disputes. Each party agrees to bear its own costs and fees.

Dated: November 12, 2008

/s/ Kenneth C. Absalom
KENNETH C. ABSALOM
LAW OFFICES OF NEVIN & ABSALOM

Attorneys for Plaintiff
WAREHOUSE UNION LOCAL No. 6,
INTERNATIONAL LONGSHORE AND
WAREHOUSE UNION

Dated: November 12, 2008

/s/ Michael G. Pedhirney
RONALD J. HOLLAND
MICHAEL G. PEDHIRNEY
LITTLER MENDELSON
A Professional Corporation

Attorneys for Defendants
WASTE MANAGEMENT OF ALAMEDA
COUNTY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November ____, 2008

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Firmwide:87394421.1 046609.1550
11/11/08

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

| STIPULATION OF DISMISSAL WITH PREJUDICE | 2. | CASE NO. CV08-3266 SI |
|---|---|---|